**The Law Offices of Jeffrey Lohman, P.C.**
JEREMY E. BRANCH, State Bar No. 303240
4740 Green River Road
Suite 219
Corona, CA 92880
(657) 363-3332
(714) 362-0097 - fax
E-Mail: JeremyB@jlohman.com

Attorneys for Plaintiff,
LATRENA COOPER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATRENA COOPER, | ) Case No.: 2:17-cv-03224-E |
| Plaintiffs, | ) |
| v. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| GC SERVICES, LP, | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that Plaintiff LATRENA COOPER hereby voluntarily dismisses with prejudice the above entitled action against Defendant GC SERVIES, LP.. The parties, through their attorneys, have settled this action pursuant to a General Release and Settlement Agreement.

RESPECTFULLY SUBMITTED,

DATED: June 2, 2017

**The Law Offices of Jeffrey Lohman, P.C.**

By: /s/ Jeremy E. Branch
    Jeremy E Branch
    Attorney for Plaintiff